Paul J. Coady (SBN: 81698)
   Email: pcoady@winston.com
S. Shane Sagheb (SBN: 109878)
   Email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:   213-615-1750

Joan B. Tucker Fife (SBN:144572)
   Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, and all others similarly situated and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>BALLY TOTAL FITNESS, a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50 inclusive,<br><br>Defendants. | No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Local Rule 3-16 |

1.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Francisco Salazar, Jr.
- Bally Total Fitness Corp.
- Bally Total Fitness Holding Corp.

Date: January 9, 2008

WINSTON & STRAWN LLP

By: _____
Paul J. Coady
Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# PROOF OF SERVICE

My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On January 10, 2008 I served the within document:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Mark R. Thierman
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Scott Miller
LAW OFFICES OF SCOTT MILLER
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 788-8081
Fax: (818) 990-7900

Steven L. Miller
LAW OFFICES OF STEVEN L. MILLER
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 986-8900
Fax: (818) 990-7900

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on January 10, 2008, at Los Angeles, California.



Ellen Duncan

LA:203683.1