1  Paul J. Coady (SBN: 81698)
       Email: pcoady@winston.com
2  S. Shane Sagheb (SBN: 109878)
       Email: ssagheb@winston.com
3  WINSTON & STRAWN LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone:   213-615-1700
5  Facsimile:   213-615-1750

6  Joan B. Tucker Fife (SBN:144572)
       Email: jfife@winston.com
7  WINSTON & STRAWN LLP
   101 California Street, Suite 300
8  San Francisco, CA 94111
   Telephone:   415-591-1000
9  Facsimile:   415-591-1400

10 Attorneys for Defendant
   BALLY TOTAL FITNESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, and all others similarly situated and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>BALLY TOTAL FITNESS, a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50 inclusive,<br><br>Defendants. | **No. C-08-00175 PJH**<br><br>**SUBMISSION OF DEFENDANT, BALLY TOTAL FITNESS CORPORATION, IN RESPONSE TO STANDING ORDER RE REMOVED CASES** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Defendant, Bally Total Fitness Corporation ("Bally"), hereby provides a Submission In Response to this Court's Standing Order Re Removed Cases.

1. At the time of removal of this Action, Bally, the only named Defendant, was served with Plaintiff's Complaint and filed the removal notice. No other defendant was served with Plaintiff's Complaint at the time of removal; and thus no other defendant joined in the Notice of Removal.

2. Bally was served with Plaintiff's Complaint on December 11, 2007. The Notice of Removal, filed on January 10, 2008, was filed with this Court within 30 days after such service, in accordance with 28 U.S.C. section 1446.

3. Bally is not a citizen of California. Bally was, at the time of the filing of this action, and still is, a citizen of the States of Delaware and Illinois, in that it is incorporated in Delaware and maintains its principal place of business in Illinois.

4. Bally is informed and believes that plaintiff, Francisco E. Salazar, Jr., is a citizen of the State of California.

Date: January 22, 2008                                    WINSTON & STRAWN LLP


By:   /s/
      Paul J. Coady
      Attorneys for Defendant
      BALLY TOTAL FITNESS
      CORPORATION

1

SUBMISSION OF DEFENDANT, BALLY TOTAL FITNESS CORPORATION,
IN RESPONSE TO STANDING ORDER RE REMOVAL
CASE NO. C-08-00175 PJH