1

2

3                                  NOT FOR CITATION

4                       IN THE UNITED STATES DISTRICT COURT

5                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    FRANCISCO E. SALAZAR JR.                          NO: CV 08-00175 PJH

8              Plaintiff,                              **ORDER REGARDING FAILURE
                                                       TO E-FILE**
         v.

9

10   BALLY TOTAL FITNESS
               Defendant.

11   ————————————————————————/

12          This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,

13   Section VI of which requires that all documents in such a case be filed electronically.  Our docket

14   reflects that the **Notice of Removal (doc 1) and the Certificate of Interested Entities (doc 3)** were

15   not filed electronically.

16          IT IS HEREBY ORDERED counsel for **Defendant Bally Total Fitness** e-mail the above

17   mentioned documents to the Court in Portable Document Format ("PDF") format within 10 days, as

18   an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at

19   http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do

20   *not* e-file a document which has been previously filed on paper, as is the case with the above

21   mentioned filing. **All subsequent papers should be e-filed.**

22          Failure to comply with this order may result in the imposition of monetary or other sanctions

23   on a daily basis until the failure to comply with the General Order has been remedied.

24          General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

25   become an ECF User and be assigned a user ID and password for access to the system upon

26   designation of the action as being subject to ECF."

27

28

**United States District Court**
For the Northern District of California

1

   IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so,  counsel

2 for Defendant shall register forthwith as an ECF User and be issued an ECF User ID and password.

3 Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

4

5 Dated: 2/12/08         _____

6              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California