Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott Miller, SBN 230322
**LAW OFFICES OF SCOTT MILLER**
16133 Ventura Blvd. #1200
Encino, CA 91436
Tel: (818) 788-8081
Fax: (818) 788-8080

Steven L. Miller, SBN 106023
**LAW OFFICES OF STEVEN L. MILLER**
16133 Ventura Blvd. # 1200
Encino, CA 91436
Telephone: (818) 986-8900
Fax: (818) 990-7900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS and each of their subsidiaries doing business in California under such names as GORILLA SPORTS, PINNACLE FITNESS and CRUNCH FITNESS and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. CV 08-00175 PJH<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

Pursuant to F.R.C.P. 26, Plaintiff Francisco Salazar makes the following initial disclosures in the above proceeding. These disclosures are without the benefit of discovery and are based on the information available to the Plaintiff at this time.

**A. The individuals likely to have discoverable information regarding the Defendant's Answer and Cross-Complaint are listed below:**

1. Francisco E. Salazar, Jr., c/o Thierman Law Firm, 7287 Lakeside Drive, Reno, Nevada 89511. Mr. Salazar was an employee of Bally Total Fitness and will testify as to his knowledge of his hours worked, the tasks he performed, the overall requirements of his position, the education and training he received, the approximate business expenses he incurred, and defendants' overtime pay and business policies as they were applied to him.

2. Persons most knowledgeable at Bally Total Fitness Corp., regarding compensation and employment policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

3. Persons most knowledgeable at Bally Total Fitness Corp., regarding human resources policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

4. Persons most knowledgeable at Bally Total Fitness Corp., regarding payroll policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

5. Persons most knowledgeable at Bally Total Fitness Holding Corp., regarding compensation and employment policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

6. Persons most knowledgeable at Bally Total Fitness Holding Corp., regarding human resources policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

7. Persons most knowledgeable at Bally Total Fitness Holding Corp., regarding payroll policies, 8700 West Bryn Mawr Ave., Chicago, IL 60631.

**B. Documents currently in the possession, custody or control of Defendant which may support their defenses and causes of action are attached hereto and bate stamped as follows:**

1. Letter from Thierman Law Firm to California Labor and Workforce Development Agency, dated November 15, 2005 (0000001-0000002)

2. Letter from California Labor and Workforce Development Agency to Thierman Law Firm, dated November 28, 2005 (0000003)

3. Letter from California Labor and Workforce Development Agency to Thierman Law Firm, dated December 20, 2005 (0000004)

4. Letter from Thierman Law Firm to California Labor and Workforce Development Agency, dated May 19, 2006 (0000005-0000006)

5. Letter from California Labor and Workforce Development Agency to Thierman Law Firm, dated June 7, 2006 (0000007)

6. Letter from California Labor and Workforce Development Agency to Thierman Law Firm, dated June 14, 2006 (0000008)

7. Statement of Earnings and Deductions, with Copy of paycheck from Bally Total Fitness Corporation made out to Francisco Salazar, dated September 30, 2005 (0000009)

8. Letter from Bally Total Fitness to Francisco Salazar regarding the Department of Labor Supervised Back Wage Payment, dated October 27, 2006 (00000010)

9. Statement of Earnings and Deductions, with Copy of paycheck from Bally Total Fitness Corporation made out to Francisco Salazar, dated November 3, 2006, (00000011)

10. Receipt for Payment of Lost or Denied Wages from Bally Total Fitness to Francisco Salazar, dated November 3, 2006 (00000012)

Plaintiff is currently searching its records for additional documents which will be supplemented if additional documents are located. Plaintiff reserves the right to supplement its disclosures after it has had the opportunity to conduct further discovery.

**C.   Damages**

At this time Plaintiff does not claim a specific amount in damages on behalf of its client, Francisco Salazar. Plaintiff does seek to recover overtime wages, payments for

purported meal and rest break violations, waiting time penalties of up to 30 days of pay for all former employees/putative class members, statutory penalties, restitution, interest, costs and attorneys fees. The period allegedly covered by this class action is up to four (4) years. The Complaint seeks recovery for a number of sub-classes, each allegedly with more than 100 current or former employees.

**D.    Insurance Agreements.**

No insurance agreement is at issue.

**E.    Expert Witnesses**

At this time, Plaintiff has not retained an expert witness. However, Plaintiff reserves the right to supplement information regarding expert witnesses after it has the opportunity to conduct discovery and assess the need, if any, for the use of expert witnesses.

Dated: March 26, 2008

THIERMAN LAW FIRM

By:   /s/Mark R. Thierman

    Mark R. Thierman
    Attorney for Plaintiff

# THIERMAN LAW FIRM, P.C.

CALIFORNIA AND NEVADA LABOR RELATIONS AND EMPLOYMENT LAW
7287 LAKESIDE DRIVE
RENO, NEVADA 89511
(775) 284-1500 OR (877) 99-LABOR
(775) 703-5027 OR (415) 723-7078 FAX
email: laborlawyer@pacbell.net
www.laborlawyer.net

November 15, 2005

CERTIFIED MAIL
Return Receipt Requested

California Labor & Workforce Development Agency
801 K Street, Suite 2101
Sacramento, CA 95814

    Re:    **Francisco E. Salazar Jr. v. Bally Total Fitness Corporation, Gorilla Sports, Pinnacle Fitness and Crunch Fitness**

Dear People:

    This office represents the class of non-exempt managers employed by Bally Total Fitness Corporation, a Delaware Corporation, doing business in California with its main offices located at 8700 West Bryn Mawr Avenue, Chicago, Illinois 60631; Gorilla Sports, a California Corporation with its main offices located at 3476 Blackhawk Plaza Circle, Danville, California 94506; Pinnacle Fitness, a California Corporation with its main offices located at 110 Brooks Court, Simi Valley, California 93065; and Crunch Fitness, a Delaware Corporation, doing business in California with its main offices located at 8700 West Bryn Mawr Avenue, Chicago, Illinois 60631. Bally Total Fitness Corporation, Gorilla Sports, Pinnacle Fitness and Crunch Fitness are corporations and commercial operators of fitness centers in California and throughout the United States and Canada.

    Pursuant to the provisions of Labor Code Section 2699.3, the non-exempt managers will seek reimbursement for checks issued by Bally Total Fitness Corporation, Gorilla Sports, Pinnacle Fitness and Crunch Fitness by an out of state bank with no in state address for presentation at no cost in violation of Labor Code Section 212. The complaint will also allege illegal chargebacks taken out of the non-exempt managers' wages in violation of Labor Code Sections 221, 223, 225 & 400-410.

As required by law, please respond to this letter within 30 days, or in the alternative, we will commence to file the class action suit.

                Very truly yours,

                THIERMAN LAW FIRM

                MARK R. THIERMAN



# Labor & Workforce Development Agency

**Governor**
Arnold Schwarzenegger

**Secretary**
Victoria L. Bradshaw

Agricultural Labor Relations Board

California Unemployment Insurance Appeals Board

California Workforce Investment Board

Department of Industrial Relations

Economic Strategy Panel

Employment Development Department

Employment Training Panel

November 28, 2005

Mark R. Thierman
Thierman Law Firm, P.C.
7287 Lakeside Drive
Reno, NV 89511

RE: Employer:     Bally Total Fitness Corporation
RE: Employee(s)   Francisco E. Salazar Jr.
RE: LWDA  No:     979

Dear Representative of the Employee:

The California Labor and Workforce Development Agency (LWDA) is in receipt of your letter postmarked November 16, 2005, regarding alleged Labor Code violation(s).

The LWDA has forwarded a copy of your letter, along with any enclosures, to the Department of Industrial Relations, Division of Labor Standards Enforcement, for its review and advice regarding whether or not to investigate the alleged violations.

If you require additional information, please feel free to contact Thelma Snowden at 916-327-9064.

Sincerely,

*[signature]*

José H. Millan
Deputy Secretary, Enforcement



# Labor & Workforce Development Agency

Governor
Arnold
Schwarzenegger

Secretary
Victoria L. Bradshaw

Agricultural
Labor
Relations
Board

California
Unemployment
Insurance
Appeals
Board

California
Workforce
Investment
Board

Department of
Industrial
Relations

Economic
Strategy
Panel

Employment
Development
Department

Employment
Training
Panel

December 20, 2005

Mark R. Thierman
Thierman Law Firm, P.C.
7287 Lakeside Drive
Reno, NV  89511

C.T. Corporation System
Agent for Service of Process for
Bally Total Fitness Corporation/Crunch Fitness Internation, Inc.
818 West 7th Street
Los Angeles, CA  90017

B. Gene Campbell
Agent for Service of Process for Gorilla Sports, Inc.
3476 Blackhawk Plaza CIR.
Danville, CA  94506

Vaughan Kastor
Agent for Service of Process
For Pinnacle Fitness Corp.
110 Brooks Ct.
Simi Valley, CA  93065

Re:   LWDA No: 979
      Employer: Bally Total Fitness Corporation, et al.
      Employee: Francisco E. Salazar Jr.

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, November 16, 2005 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "…civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*José H. Millan*

José H. Millan
Deputy Secretary Enforcement

# THIERMAN LAW FIRM, P.C.
CALIFORNIA AND NEVADA LABOR RELATIONS AND EMPLOYMENT LAW
7287 LAKESIDE DRIVE
RENO, NEVADA 89511
(775) 284-1500 OR (877) 99-LABOR
(775) 703-5027 OR (775) 284-1506 FAX
email: laborlawyer@pacbell.net
www.laborlawyer.net

May 19, 2006

**CERTIFIED MAIL**
Return Receipt Requested

California Labor & Workforce Development Agency
801 K Street Suite 2101
Sacramento, CA 95814

Re: **Francisco E. Salazar Jr. v. Bally Total Fitness Corporation, Gorilla Sports, Pinnacle Fitness and Crunch Fitness**

Dear Sir/Madam:

On November 15, 2005, we forwarded you the enclosed letter indicating our intention to commence with a class action suit against the above named. On November 28, 2005, you advised us that our letter was forwarded to the LWDA for their review. On December 20, 2005, you advised us that the LWDA "did not intend to investigate the allegations" (copies enclosed).

Bally's has indicated that our letter was never received by their offices. At this point in time, rather than argue the point, we will resubmit the matter. Balley's also now maintains they would have cashed the employee's check the company's main offices in Norwalk, California. Balley's never told any of their employees that they could have the company cash the check in Norwalk. Even the Norwalk employees are paid with out of state checks.

///

///

///

0000005

Please consider the enclosed copy of our November 15, 2005 letter a second attempt to comply with all notice provisions of Labor Code 2699.

Very truly yours,

Mark R. Thierman

MRT/lm
Cc: **Certified Mail**
Bally Total Fitness Corporation

**Certified Mail**
Gorilla Sports

**Certified Mail**
Pinnacle Fitness

**Certified Mail**
Crunch Fitness



# Labor & Workforce Development Agency

**Governor**
Arnold Schwarzenegger

**Secretary**
Victoria L. Bradshaw

Agricultural Labor Relations Board

California Unemployment Insurance Appeals Board

California Workforce Investment Board

Department of Industrial Relations

Economic Strategy Panel

Employment Development Department

Employment Training Panel

AMENDED

June 07, 2006

Mark R. Thierman
Thierman Law Firm, P.C.
7287 Lakeside Drive
Reno, NV 89511

RE: Employer:     Bally Total Fitness Corporation
RE: Employee(s): Francisco E. Salazar Jr.
RE: LWDA No:    979.1

Dear Mark R. Thierman:

The California Labor and Workforce Development Agency (LWDA) is in receipt of your letter postmarked May 19, 2006, regarding alleged Labor Code violation(s).

The LWDA has forwarded a copy of your letter, along with any enclosures, to the Department of Industrial Relations, Division of Labor Standards Enforcement, for its review and advice regarding whether or not to investigate the alleged violations.

If you require additional information, please feel free to contact Amalya Yabes at 916-327-9064.

Sincerely,

Michael A. Prosio
Undersecretary

# Labor & Workforce Development Agency

June 14, 2006

Mark R. Thierman
Thierman Law Firm, P.C.
7287 Lakeside drive
Reno, NV  89511

C.T. Corporation System
Agent for Service of Process for
Bally Total Fitness Corporation/Crunch Fitness International, Inc.
818 West 7th Street
Los Angeles, CA  90017

B. Gene Campbell
Agent for Service of Process for Gorilla Sports, Inc.
3476 Blackhawk Plaza Cir.
Danville, CA  94506

Vaughan Kastor
Agent for Service of Process
For Pinnacle Fitness Corp.
110 Brooks Ct.
Simi Valley, CA  93065

Re:    LWDA No: 979.1
       Employer:  Bally Total Fitness Corporation, et al.
       Employee:  Francisco E. Salazar, Jr.

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked May 20, 2006 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "...civil penalties recovered by aggrieved employees shall be distributed as follows:  75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Richard L. Rice*

Richard L. Rice
Undersecretary

801 K Street, Suite 2101 • Sacramento, California 95814 • www.labor.ca.gov
(916) 327-9064 • Fax (916) 327-9158

0000008

# Bally Total Fitness
Suite 200
12440 E. Imperial Highway
Norwalk, California 90650-9998

Employee: FRANCISCO E SALAZAR JR
Social Security Number: 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
Employee Number: 628424
Check Number: 6368378611
Pay Period: 08/18/05 thru 08/31/05
Pay Date: 09/30/05

W4 Elections:
Taxable Marital Status: Federal Married / CA Married
Exemptions: 4 / 4

Earn Code | Pay Rate | Hours | Earn Code | Pay Rate | Hours

## Statement of Earnings and Deductions

| Earnings | Hours | Current | Year-to-date |
|---|---|---|---|
| REG HOURS | | | 4,604.92 |
| OT HOURS | | | 549.99 |
| VACATION | | | 87.21 |
| COMMISSION | | 1,028.38 | 3,161.67 |
| BONUS | | | 612.68 |
| PERS TRAIN | | | 6.75 |
| Gross Pay | | 1,028.38 | 9,023.22 |
| Net Pay | | 915.79 | 7,653.42 |
| Federal Taxable Wages | | 1,028.38 | 9,023.22 |
| PayRate: | 6.75 | | |

| Deductions | | Current | Year-to-date |
|---|---|---|---|
| Taxes | FEDERAL TAX | 22.81 | 125.13 |
| | SOC SECURITY | 63.76 | 559.44 |
| | MEDICARE | 14.91 | 130.84 |
| | CA STATE TAX | | 16.82 |
| | CA SUI/SDI TAX | 11.11 | 97.47 |
| | Total Taxes | 112.59 | 929.70 |
| Voluntary | STAR LVL3 F | | 304.00 |
| | STAR LVL 3 1 | | 41.10 |
| | MISCELLANEOUS | | 95.00 |
| | Total Deductions | .00 | 440.10 |
| | Total Withheld | 112.59 | 1,369.80 |

↓ DETACH ALONG THIS PERF ↓

**Bally Total Fitness Corporation**
Suite 300
12440 E. Imperial Highway
Norwalk, California 90650-9998

CHASE MANHATTAN BANK
1201 Market Street
Wilmington, Delaware 19801

62-28/311    1903 - 09

Check No: 536 8378611
Date: September 30, 2005

Pay: Nine Hundred Fifteen And 79/100 Dollars     ***$915.79

PAYROLL ACCOUNT
VOID 90 DAYS FROM CHECK DATE

0604 60409
To the order of:
FRANCISCO E SALAZAR JR
20409 CANTARA ST
WINNETKA, CA 91306

⑾5368378611⑾ ⑆031100267⑆ 6301419036 509⑾

**BALLY TOTAL FITNESS**

12440 EAST IMPERIAL HIGHWAY, SUITE 300
NORWALK, CALIFORNIA 90650

TELEPHONE 562-484-2000

October 27, 2006

Francisco E Salazar Jr
20409 Cantara St
Winnetka, CA 91306

Re: **Department of Labor Supervised Back Wage Payment**

Bally Total Fitness Corporation has conducted a self-audit under the supervision of the Wage and Hour Division of the U.S. Department of Labor for compliance with the Fair Labor Standards Act. The self-audit was limited to determining whether overtime compensation was properly computed with respect to recorded hours of work for hourly paid employees who worked overtime and earned miscellaneous pay.

As a result of the self-audit, it has been determined that overtime compensation was not properly computed with respect to some hourly employees in some workweeks between December 1, 2003 and March 31, 2006. Based on this self-audit, it has been determined that you are entitled to additional overtime compensation in the amount of $156.11. A check in this amount, less applicable withholding for state and federal taxes, is enclosed.

If you wish to accept this back wage resoloution, please complete the enclosed "Back Wage Receipt Form" and return it in the enclosed envelope within fourteen (14) days. If you endorse the check and it is either cashed or deposited and returned to Bally for payment, your agreement to accept the back wage payment calculated according to the Department of Labor supervised self-audit will be indicated by your signature on the back of the check.

Because this payment to you is part of a Department of Labor supervised settlement, by accepting this payment you are waiving any right you may have under the Fair Labor Standards Act to bring a private action for any unpaid overtime compensation and liquidated damages for recorded hours of work from December 1, 2003 through March 31, 2006.

If you wish to pursue any private rights which you believe you may have, do not sign and return the receipt form and do not endorse and deposit or cash the enclosed settlement check. Please return the check in the enclosed envelope.

The payments being made by Bally according to its self-audit are being monitored by the Department of Labor. Any questions should be directed to Valerie M. Hughes, Director of Payroll, at 562-484-2675 or to payroll@ballyfitness.com.

Sincerely,
Bally Total Fitness Corporation

Valerie M. Hughes
Director of Payroll

0000010

## Bally Total Fitness
Suite 300
12440 E. Imperial Highway
Norwalk, California 90650-9998

Employee: FRANCISCO E SALAZAR JR
Social Security Number: 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
Employee Number: 628424
Check Number: 5381328418
Pay Period: 12/01/03 thru 03/31/06
Pay Date: 11/03/06

W4 Elections:
Taxable Marital Status:     Federal    CA
                            Married    Married
Exemptions:                 4          4

Earn Code    Pay Rate    Hours    Earn Code    Pay Rate    Hours

Annual Enrollment for the Bally's Employee Group Benefits Plan [administered by Cigna] is October 23 - November 13, 2006.

To enroll, or to make changes to your coverage, please contact Bally's Benefits Service Center at: 1-877-477-2427.

THE DEADLINE IS NOVEMBER 13, 2006.

## Statement of Earnings and Deductions

| Earnings | Hours | Current | Year-to-date |
|---|---|---|---|
| OT HOURS | | | |
| OT PREM | | 156.11 | 156.11 |
| Gross Pay | | 156.11 | 156.11 |
| Net Pay | | 174.61 | 174.61 |
| Federal Taxable Wages | | 156.11 | 156.11 |
| PayRate: | 6.75 | | |

| Deductions | | Current | Year-to-date |
|---|---|---|---|
| Taxes | SOC SECURITY | 9.68 | 9.68 |
| | MEDICARE | 2.26 | 2.26 |
| | CA SUI/SDI TAX | 1.25 | 1.25 |
| | E.I. CREDIT | 31.69- | 31.69- |
| | Total Taxes | 50.19- | 18.50- |
| Voluntary | Total Deductions | .00 | .00 |
| | Total Withheld | 50.19- | 18.50- |

Please report any timekeeping &/or payroll discrepancies to your manager, the Human Resource Department, the employee HR Hotline @ 1-866-572-2559, or payroll@ballyfitness.com.

Favor de reportar cualquier discrepancia o error de tiempo o pagos de sueldo a su gerente, departamento de recursos humanos o a la línea telefónica de emergencia del departamento de recursos humanos al 1-866-572-2559, o a payroll@ballyfitness.com.

↓ DETACH ALONG THIS PERF ↓

---

Bally Total Fitness Corporation
Suite 300
12440 E. Imperial Highway
Norwalk, California 90650-9998

CHASE BANK USA, N.A.
1201 Market Street
Wilmington, Delaware 19801

4477    09

Check No: 538 1328418
Date: November 03, 2006

Pay: One Hundred Seventy-four And 61/100 Dollars         ****174.61

PAYROLL ACCOUNT
VOID 90 DAYS FROM CHECK DATE

0604 60409
To the order of: FRANCISCO E SALAZAR JR
20409 CANTARA ST
WINNETKA, CA 91306

⑆538132841⑆  ⑈031100267⑈  630154477 509⑈

Apr 27 2007 1:13PM    Law Offices of Scott B. M    (818) 788-8080    p.2

0000011

| Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |
|---|---|---|

As computed or approved by the Wage and Hour Division

I, __Salazar Jr, Francisco E__, hereby acknowledge receipt of payment in full
(typed or printed name of employee)

from __Bally Total Fitness Corporation,__ _____ of unpaid wages, employment benefits,
(name and location of the establishment)

or other compensation due me for the period up to and including __03/31/2006__ (as shown in the column to the right) under the Act(s)
(end of investigation period)

indicated in the marked box(es):

- [x] The Fair Labor Standards Act 1
- [ ] The Service Contract Act
- [ ] The Employee Polygraph Protection Act 2
- [ ] The Davis-Bacon and Related Act
- [ ] The Family and Medical Leave Act 3
- [ ] The Contract Work Hours and Safety Standards Act
- [ ] The Walsh-Healey Public Contracts Act
- [ ] Title III - Consumer Credit Protection Act
- [ ] H2A
- [ ] Other _____

Gross Amount $ __$156.11__

Legal Deductions $ _____

Net amount received $ _____

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of back wages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorneys' fees and court costs. The statute of limitations for Fair Labor Standards Act suits requires that a suit for unpaid minimum wages and/or overtime compensation must be filed within 2 years of a violation of the Act, except that a suit for a willful violation must be filed within 3 years of the violation. Do not sign this receipt unless you actually have received payment of all back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right you may have to bring suit for lost wages and benefits, attorneys' fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for amounts under Section 107(a) of the Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorneys' fees and court costs. The statute of limitations for Family and Medical Leave Act suits requires that a suit for amounts due must be filed within 2 years of a violation of the Act, except that a suit for a willful violation must be filed within 3 years of the violation. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee _____

Date _____ Address _____

EMPLOYER'S CERTIFICATION

To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor

I hereby certify that I have on this (Date) __NOV 0 3 2006__ paid the above-named employee in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____ Title __PR DIR__
(Employer or authorized representative)

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001.

1. WAGE AND HOUR COPY

Form WH-58 (Rev. June 2006)

Date: 10/04/2006 3:53:14 PM    Case ID: 1429567    Page 2609