# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Salazar,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Bally Total Fitness,<br><br>                    Defendant(s). | 08-00175 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-00175 JSW                                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: April 10, 2008

```
                              RICHARD W. WIEKING
                              Clerk
                              by:   Timothy J. Smagacz

                              _____
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov
```

**Notice Re: Noncompliance With Court Order**
08-00175 JSW                                                    -2-

PROOF OF SERVICE

Case Name:      Salazar v. Bally Total Fitness

Case Number:    08-00175 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Mark R. Thierman
> Thierman Law Firm P.C.
> 7287 Lakeside Drive
> Reno, NV 89511
> laborlawyer@pacbell.net
>
> Scott Allen Miller
> Law Offices of Scott A. Miller, A.P.C.
> 16133 Ventura Blvd.
> Suite 1200
> Encino, CA 91436
> millaw@sbcglobal.net
>
> Steven Lee Miller
> Law Offices of Steven L. Miller
> 16133 Ventura Boulevard
> Suite 1200
> Encino, CA 94136
> stevenlmiller@sbcglobal.net
>
> Shahab Shane Sagheb

Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071-1543
ssagheb@winston.com

Joan B. Tucker Fife
Winston & Strawn LLP
101 California Street
Suite 300
San Francisco, CA 94111-5894
jfife@winston.com

Paul J. Coady
Winston & Strawn LLP
333 South Grand Ave
38th Floor
Los Angeles, CA 90071
pcoady@winston.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

                              *Timothy Smagacz*
                              _____
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov