UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO E. SALAZAR, JR., on behalf
of herself, the general public and as an
"aggrieved employee" under the California
                Plaintiff(s),

v.

BALLY TOTAL FITNESS and each of their
subsidiaries doing business in California
under such names as GORILLA SPORTS
                Defendant(s).

CASE NO. CV 08-00175 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark R. Thierman | FRANCISCO E. SALAZAR, JR. | (775)284-1500 | laborlawyer@pacbell.com |
| Paul Coady | BALLY TOTAL FITNESS | (213)615-1700 | pcoady@winston.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/18/2008

/s/ Mark R. Thierman
Attorney for Plaintiff

Dated: 4/18/2008

/s/ Paul Coady
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."