# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008              **Court Reporter**: Sylvia Russo

**CASE NO. C-08-175   JSW  (Related to C-06-3053 JSW)**

**TITLE:**  Francisco Salazar v. Bally Total Fitness

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Mark Thierman                         Paul Coady

**PROCEEDINGS:  Initial Case Management Conference**

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 5-2-08.

Discovery is stayed pursuant to stipulation.

Hearing on Motion to Compel Arbitration:  8-15-08 at 9:00 a.m.
Further CMC:  8-15-08 at 9:00 a.m.
Joint Supplemental CMC statement due:  8-8-08.