Paul J. Coady (SBN: 81698)
    Email: pcoady@winston.com
S. Shane Sagheb (SBN: 109878)
    Email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Joan B. Tucker Fife (SBN:144572)
    Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 300
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, and all others similarly situated and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>BALLY TOTAL FITNESS, a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50 inclusive,<br><br>Defendants. | **No. CV 08-00175 JSW**<br><br>**The Honorable Jeffrey S. White**<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The undersigned party hereby declines the assignment of this case to a United States Magistrate Judge to conduct any and all further proceedings in the case, including trial, and order of the entry of a final judgment.

Date: May 2, 2008                    **WINSTON & STRAWN LLP**

By:  /s/ Paul J. Coady
Paul J. Coady
Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION