United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO E. SALAZAR JR., | |
| Plaintiff, | No. C 08-00175 JSW |
| v. | |
| BALLY TOTAL FITNESS, ET AL., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. / | |

This matter is set for a hearing on August 15, 2008 on Plaintiff's motion to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 7, 2008 and a reply brief shall be filed by no later than July 14, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE