PAUL J. COADY (SBN: 81698)
Email: pcoady@winston.com
S. SHANE SAGHEB (SBN: 109878)
Email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

JOAN B. TUCKER FIFE (SBN: 144572)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>        Plaintiff,<br><br>    vs.<br><br>BALLY TOTAL FITNESS a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. C 08-00175 JSW<br><br>**DEFENDANT, BALLY TOTAL FITNESS CORPORATION'S, REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND TO STAY FURTHER PROCEEDINGS PENDING ARBITRATION**<br><br>Date:    August 15, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom of Hon. Jeffrey S. White |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90007-1543

1  Defendant, Bally Total Fitness Corporation ("Defendant"), submits this Request for Judicial Notice in support of its Motion to Compel Individual Arbitration and to Stay Further Proceedings Pending Arbitration.  Pursuant to Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Defendant respectfully requests that the Court take judicial notice of the following records of the Los Angeles Superior Court:

   A.   Five civil complaints filed in the Los Angeles Superior Court that allege claims premised on alleged wage and hour violations and that seek damages and penalties in an amount less than $100,000, excluding interest, attorneys' fees and recoverable costs, and punitive damages. Defendant identifies these five complaints specifically in its memorandum of points and authorities filed herewith.  True and correct copies of these five complaints are attached hereto as Exhibit A.

   B.   33 additional complaints filed in the Los Angeles Superior Court that allege claims premised on alleged wage and hour violations and that seek damages and penalties in an amount less than $100,000, excluding interest, attorneys' fees and recoverable costs, and punitive damages.  True and correct copies of these 33 complaints are attached hereto as Exhibit B.

   C.   19 complaints filed in the Los Angeles Superior Court that allege claims premised on alleged wage and hour violations and that seek damages and penalties in excess of $100,000.  True and correct copies of these 19 complaints are attached hereto as Exhibit C.

//
//
//
//
//
//
//
//

1   D.   72 complaints filed in the Los Angeles Superior Court that allege claims premised on
2   alleged wage and hour violations and that seek damages and penalties that are non-specific or
3   ambiguous with respect to the amount in controversy.  True and correct copies of these 72
4   complaints are attached hereto as Exhibit D.

Dated:  July 11, 2008                          WINSTON & STRAWN LLP

                                               By:   /s/
                                                     Paul J. Coady
                                                     Attorneys for Defendant
                                                     BALLY TOTAL FITNESS
                                                     CORPORATION