PAUL J. COADY (SBN: 81698)
Email: pcoady@winston.com
S. SHANE SAGHEB (SBN: 109878)
Email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

JOAN B. TUCKER FIFE (SBN: 144572)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BALLY TOTAL FITNESS a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. C 08-00175 JSW<br><br>**DECLARATION OF S. SHANE SAGHEB IN SUPPORT OF DEFENDANT, BALLY TOTAL FITNESS CORPORATION'S, MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND TO STAY FURTHER PROCEEDINGS PENDING ARBITRATION**<br><br>Date:　　August 15, 2008<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom of Hon. Jeffrey S. White |

I, S. Shane Sagheb, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner in the law firm of Winston & Strawn LLP, counsel of record for defendant, Bally Total Fitness Corporation ("Bally"), in this action. I have personal knowledge of the following facts, and if called as a witness herein, I could and would testify competently thereto.

2. Concurrent with their Motion to Compel Individual Arbitration and to Stay Further Proceedings Pending Arbitration, Bally has submitted a request for the Court to judicially notice 129 civil complaints that each contain an individual employee's claims premised on the employer's alleged failure to pay all wages due and/or claims that seek a penalty under the Labor Code.

3. These complaints represent just some of the single plaintiff wage and hour cases filed in the Los Angeles Superior Court, Central District, in 2007 alone. This sample does not include complaints filed in branch courts in Los Angeles County; it does not include complaints filed in other counties; and it does not include complaints filed in the federal courts. Complaints in which the individual employee attempts to recover restitution under the unfair competition law (Cal. Bus. & Prof. Code section 17200, et seq.) not only for himself, but also on behalf of other employees, have been excluded from this sample, as have complaints in which the employee seeks relief as a private attorney general. Complaints that include unrelated causes of actions, such as claims for discrimination or wrongful termination, in addition to claims for alleged wage and hour violations, also have been excluded from this sample.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2008.

_____
S. SHANE SAGHEB

LA:217803.1

DECLARATION OF S. SHANE SAGHEB
CASE NO. C08-00175 JSW