PAUL J. COADY (SBN: 81698)
Email: pcoady@winston.com
S. SHANE SAGHEB (SBN: 109878)
Email: ssagheb@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

JOAN B. TUCKER FIFE (SBN: 144572)
Email:  jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>  vs.<br><br>BALLY TOTAL FITNESS a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 08-00175 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT, BALLY TOTAL FITNESS CORPORATION'S, MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND TO STAY FURTHER PROCEEDINGS PENDING ARBITRATION**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom of Hon. Jeffrey S. White |

1  Having considered Defendant, Bally Total Fitness Corporation's, Motion to Compel
2  Arbitration on Individual Basis and to Stay Further Proceedings Pending Arbitration, the Court rules
3  as follows:
4  IT IS HEREBY ORDERED:
5  Defendant's Motion is GRANTED.  Plaintiff shall submit his claims for arbitration on an
6  individual basis and the proceedings in the instant action shall be stayed pending the completion of
7  arbitration.

9  IT IS SO ORDERED.

12  Date:   August _____, 2008     _____
13                                                                                      The Honorable Jeffrey S. White
                                                                                        United States District Court Judge

15  LA:217891.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543