1  Mark R. Thierman Cal SB# 72913
2  **THIERMAN LAW FIRM, P.C.**
   7287 Lakeside Drive
3  Reno, Nevada 89511
4  Tel: (775) 284-1500

5  Scott Miller, SBN 230322
   **LAW OFFICES OF SCOTT MILLER, APC**
6  16133 Ventura Blvd. #1200
   Encino, CA 91436
7  Tel: (818) 788-8081

8  Steven L. Miller, SBN 106023
   **LAW OFFICES OF STEVEN L. MILLER, APC**
9  16133 Ventura Blvd. # 1200
   Encino, CA 91436
10 Telephone: (818) 986-8900

11 Attorneys for Plaintiffs

12               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
13                   SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS and each of their subsidiaries doing business in California under such names as GORILLA SPORTS, PINNACLE FITNESS and CRUNCH FITNESS and DOES 1 through 50 inclusive,<br><br>Defendants. | No. CV 08-00175 JSW<br><br>Declaration of Francisco E. Salazar, Jr. In Support of Memorandum of Points and Authorities in Support of Plaintiff's Motion to Strike Defendant's 30th and 31st (paragraphs 88 and 89 of Answer) Affirmative Defenses<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2<br>Honorable Judge White |

1

I, Francisco E. Salazar, Jr., hereby declare and state:

1. The following declaration is based upon my own personal observation and knowledge, and if called upon to testify the things contained herein, I could competently so testify.

2. I am the named Plaintiff in the above entitled action.

3. During my employment with Bally Total Fitness, I was employed as a front desk person to answer phones for approximately a month before I was promoted to supervisor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2008 at Austin, Texas.

By: _____
Francisco E. Salazar, Jr.