```
 1 | Mark R. Thierman Cal SB# 72913
   | THIERMAN LAW FIRM, P.C.
 2 | 7287 Lakeside Drive
   | Reno, Nevada  89511
 3 | Tel: (775) 284-1500
 4 |
   | Scott Miller, SBN 230322
 5 | LAW OFFICES OF SCOTT MILLER, APC
   | 16133 Ventura Blvd. #1200
 6 | Encino, CA 91436
   | Tel: (818) 788-8081
 7 |
   | Steven L. Miller, SBN 106023
 8 | LAW OFFICES OF STEVEN L. MILLER, APC
   | 16133 Ventura Blvd. # 1200
 9 | Encino, CA  91436
   | Telephone: (818) 986-8900
10 |
   | Attorneys for Plaintiffs
11 |
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS and each of their subsidiaries doing business in California under such names as GORILLA SPORTS, PINNACLE FITNESS and CRUNCH FITNESS and DOES 1 through 50 inclusive,<br><br>　　　　Defendants.<br>_____ | No. CV 08-00175 JSW<br><br>**Request for Extension of Time to File Plaintiff's Reply to Defendant's Opposition to Motion to Strike**<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2<br>Honorable Judge White |

　　　　PLEASE TAKE NOTICE that Plaintiff Francisco Salazar, Jr. hereby moves the Court for an order allowing a one day extension of time in which to file his reply brief in support of his Motion to Strike to July 15, 2008.

　　　　On July 14, 2008, the day Plaintiff was to file his reply brief in support of his motion to

1

strike, Plaintiff's counsel encountered computer problems and was unable to retrieve the reply brief for printing and filing. Plaintiff's counsel's office immediately contacted counsel for Defendant to request a one day extension in order to resolve the computer issue. At 4:00 p.m. on July 14, 2008, Plaintiff's counsel's office received an e-mail from Joan Fife, counsel for Defendant, wherein she stated that she would not object to any motion Plaintiff's counsel were to file to extend the deadline to July 15, 2008.

Due to Plaintiff's counsel being out of the office on July 14, 2008, attending a deposition in Sacramento, California, he was unable to recreate his reply brief until early on the morning of July 15, 2008. The brief was filed shortly thereafter.

Dated:   July 14, 2008                                  Respectfully submitted,

                                                        Thierman Law Firm

                                                        By:  /s/Mark R. Thierman
                                                             Mark R. Thierman

2

## **ORDER**

GOOD CAUSE APPEARING the Court hereby extends the date in which to file Plaintiff's reply brief in response to defendant's opposition to motion to strike to July 15, 2008.

Dated:

_____
HONORABLE JEFFREY S. WHITE

1  Mark R. Thierman Cal SB# 72913
   **THIERMAN LAW FIRM, P.C.**
2  7287 Lakeside Drive
3  Reno, Nevada 89511
   Tel: (775) 284-1500
4
5  Scott Miller, SBN 230322
   **LAW OFFICES OF SCOTT MILLER, APC**
   16133 Ventura Blvd. #1200
6  Encino, CA 91436
   Tel: (818) 788-8081
7
8  Steven L. Miller, SBN 106023
   **LAW OFFICES OF STEVEN L. MILLER, APC**
   16133 Ventura Blvd. # 1200
9  Encino, CA 91436
   Telephone: (818) 986-8900
10
11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS and each of their subsidiaries doing business in California under such names as GORILLA SPORTS, PINNACLE FITNESS and CRUNCH FITNESS and DOES 1 through 50 inclusive,<br><br>Defendants. | No. CV 08-00175 JSW<br><br>**Declaration of Jasmin Williams in Support of Request for Extension of Time to File Plaintiff's Reply to Defendant's Opposition to Motion to Strike**<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2<br>Honorable Judge White |

I, Jasmin Williams, hereby declare and state:

The following declaration is based upon my own personal observation and knowledge, and if called upon to testify I could competently so testify.

1. I am a legal assistant employed by the Thierman Law Firm.

1

2. On the morning of July 14, 2008 when our office attempted to file the reply to Defendant's Opposition to Motion to Strike we realized that the file had been corrupted and we were unable to open the document.

3. Mr. Thierman was out of the office on July 14, 2008 attending a deposition in Sacramento, California.

4. After contacting our computer technician to see if he was able to retrieve the document, I immediately began calling defense counsel to ask if they were willing to stipulate to Plaintiff's counsel filing the reply brief on July 15, 2008.

5. I left voicemail messages for Paul Coady, S. Shane Sagheb and Robert Spagat, but was unable to reach them.

6. I was able to speak to Joan Fife's assistant, Cindy, who informed me that Ms. Fife was in the office and would be able to respond to e-mail messages. I e-mailed Ms. Fife and did receive a response wherein Ms. Fife stated that she would not object to any motion that our office may file to extend the filing deadline for the reply brief by one day.

7. Attached hereto as Exhibit A is a true and correct copy of the e-mail correspondence between Ms. Fife and myself.

I have read the foregoing declaration consisting of this page and 1 other and declare under penalty of perjury that it is true and correct.

Executed this 15th day of July, 2008 at Reno, Nevada.

_____
Jasmin Williams

2

Exhibit A

**Jasmin Williams**

| | |
|---|---|
| From: | Fife, Joan B. Tucker [JFife@winston.com] |
| Sent: | Monday, July 14, 2008 4:01 PM |
| To: | 'Jasmin Williams' |
| Subject: | RE: Bally Total Fitness adv. Salazar |

Thanks for your email. I believe the date was set by Court order, so I don't believe a stipulation will work. However, I won't object to any motion you file to extend the deadline to tomorrow. Thanks Joan Fife

---

**From:** Jasmin Williams [mailto:thier4@callatg.com]
**Sent:** Monday, July 14, 2008 11:51 AM
**To:** Fife, Joan B. Tucker
**Cc:** Paulus, Cindy N.
**Subject:** Bally Total Fitness adv. Salazar

Hello Ms. Fife,

My name is Jasmin Williams and I am the assistant to Mr. Thierman, Plaintiff's counsel in the above-referenced case. Our reply brief in support of our motion to strike is due today in this case and my boss, Mr. Thierman, prepared this brief last week. When I went to print the document for filing today, I realized there has been some sort of computer error and I am unable to retrieve the document. Mr. Thierman is out of the office today for a deposition in Sacramento and unable to re-create the document. I have contacted our computer tech and he believes that he will be able to retrieve the document, but that he will need a day or so to do so. I am writing to request a one to two day extension in order to retrieve our reply brief and file it. I have left messages for Messrs. Coady and Sagheb in your Los Angeles office, but have not yet heard back from them. Would you be willing to sign a stipulation to extend our filing deadline for the reply brief to tomorrow?

Thank you.

Jasmin Williams
Assistant to Mark Thierman
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500
(775) 703-5027 facsimile

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*****************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.