Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM, P.C.**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott Miller, SBN 230322
**LAW OFFICES OF SCOTT MILLER, APC**
16133 Ventura Blvd. #1200
Encino, CA 91436
Tel: (818) 788-8081

Steven L. Miller, SBN 106023
**LAW OFFICES OF STEVEN L. MILLER, APC**
16133 Ventura Blvd. # 1200
Encino, CA 91436
Telephone: (818) 986-8900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of herself, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS and each of their subsidiaries doing business in California under such names as GORILLA SPORTS, PINNACLE FITNESS and CRUNCH FITNESS and DOES 1 through 50 inclusive,<br><br>Defendants. | No. CV 08-00175 JSW<br><br>**Request for Extension of Time to File Plaintiff's Reply to Defendant's Opposition to Motion to Strike**<br>**AND ORDER THEREON**<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2<br>Honorable Judge White |

PLEASE TAKE NOTICE that Plaintiff Francisco Salazar, Jr. hereby moves the Court for an order allowing a one day extension of time in which to file his reply brief in support of his Motion to Strike to July 15, 2008.

On July 14, 2008, the day Plaintiff was to file his reply brief in support of his motion to

1

strike, Plaintiff's counsel encountered computer problems and was unable to retrieve the reply brief for printing and filing. Plaintiff's counsel's office immediately contacted counsel for Defendant to request a one day extension in order to resolve the computer issue. At 4:00 p.m. on July 14, 2008, Plaintiff's counsel's office received an e-mail from Joan Fife, counsel for Defendant, wherein she stated that she would not object to any motion Plaintiff's counsel were to file to extend the deadline to July 15, 2008.

Due to Plaintiff's counsel being out of the office on July 14, 2008, attending a deposition in Sacramento, California, he was unable to recreate his reply brief until early on the morning of July 15, 2008. The brief was filed shortly thereafter.

Dated:  July 14, 2008                     Respectfully submitted,

                                          Thierman Law Firm

                                          By:  /s/Mark R. Thierman
                                               Mark R. Thierman

## **ORDER**

GOOD CAUSE APPEARING the Court hereby extends the date in which to file Plaintiff's reply brief in response to defendant's opposition to motion to strike to July 15, 2008.

Dated:  July 21, 2008

_____
HONORABLE JEFFREY S. WHITE