1 [COUNSEL LISTED ON NEXT PAGE]

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR., on behalf of himself, and all others similarly situated and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>BALLY TOTAL FITNESS, a Delaware corporation doing business within the State of California, and each of its subsidiaries doing business in California, and DOES 1 through 50 inclusive,<br><br>Defendants. | **No. CV 08-00175 JSW**<br><br>**The Honorable Jeffrey S. White**<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Civil Local Rule 16-9**<br><br>**Date:** August 15, 2008<br>**Time:** 1:30 p.m.<br>**Ctrm:** 2 |

1  Mark R. Thierman (SBN: 72913)
2  THIERMAN LAW FIRM
   7287 Lakeside Drive
3  Reno, Nevada 89511
   Telephone: (775) 284-1500
4

5  Scott Miller (SBN: 230322
   LAW OFFICES OF SCOTT MILLER
6  16133 Ventura Blvd. #1200
   Encino, CA 91436
7  Telephone: (818) 788-8081

8  Steven L. Miller (SBN: 106023)
   LAW OFFICES OF STEVEN L. MILLER
9  16133 Ventura Blvd. #1200
   Encino, CA 91436
10 Telephone: (818)-986-8900

11
   Attorneys for Plaintiffs
12
   Paul J. Coady (SBN: 81698)
13      Email: pcoady@winston.com
   S. Shane Sagheb (SBN: 109878)
14      Email: ssagheb@winston.com
   WINSTON & STRAWN LLP
15 333 South Grand Avenue
   Los Angeles, CA 90071-1543
16 Telephone:    213-615-1700
   Facsimile:    213-615-1750
17
   Joan B. Tucker Fife (SBN:144572)
18      Email: jfife@winston.com
   WINSTON & STRAWN LLP
19 101 California Street, Suite 300
   San Francisco, CA 94111
20 Telephone:    415-591-1000
   Facsimile:    415-591-1400
21
   Attorneys for Defendant
22 BALLY TOTAL FITNESS CORPORATION

23

24

25

26

27

28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**JOINT SUPPLEMENTAL CASE MANAGEMENT
CONFERENCE STATEMENT   CV 08-00175 JSW**

The parties to the above-entitled action jointly submit this Supplemental Joint Case Management Statement pursuant to the Court's Order of April 25, 2008.

On April 18, 2008, plaintiff, Francisco Salazar, Jr. ("Plaintiff"), and defendant, Bally Total Fitness Corporation ("Bally"), submitted their Initial Joint Case Management Report in this action. On April 25, 2008, the Court conducted the Initial Case Management Conference, at which time it scheduled a hearing on August 15, 2008 at 9:00 a.m. on Bally's anticipated motion to compel arbitration of Plaintiff's claims on an individual basis. The Court, acting in accordance with the parties' stipulation, stayed all discovery until after the resolution of the anticipated motion to compel arbitration, and if granted, until after the arbitration proceedings are completed. The parties have fully briefed the motion to compel arbitration on an individual basis.

On June 4, 2008, shortly before the filing the anticipated motion to compel arbitration, Plaintiff filed a motion to strike certain affirmative defenses of Bally's Answer. The motion was directed to the 30th and 31st affirmative defenses, which alleged that Plaintiff's claims are subject to arbitration on an individual basis. That motion has also been fully briefed, and is tethered to the motion to compel arbitration which is set for hearing at the same time and on the same date.

In their Initial Case Management Conference Statement, the parties addressed, among other things, the principal legal issues the parties' dispute. In subsection IV(j) thereof, the parties addressed the certifiability of the Plaintiff's meal period claims, and in subsection IV(o) thereof, the parties addressed the certifiability of Plaintiff's rest period claims. Since the submission of the initial Case Management Conference Statement, the California Court of Appeal issued its decision in *Brinker Restaurant Corp. v. Superior Court*, (2008) __ Cal. App. 4th __, 2008, WL 2806613, in which the Court squarely held that meal and rest period claims are generally inappropriate for class treatment given that individualized determinations predominate over common questions of law or fact. ("We further conclude that because the rest and meal breaks need only be 'made available' and not 'ensured' individual issues predominate and, based on the evidence presented to the trial court, they are not amenable to class treatment.") See also, *Kenny v. Supercuts, Inc*., (N.D. Cal. 2008) 2008 WL 2265194 at *5; *Gabriella v. Wells Fargo Financial, Inc*. (N.D. Cal. 2008) Case No. C 06 4347 SI (same).

With respect to settlement and ADR, which is addressed in section XI of the parties' Initial Case Management Conference Statement, an ADR telephone conference is set for August 12, 2008 at 3:00 p.m.

With respect to section XII of the Initial Case Management Conference Statement, which addresses whether the parties will consent to a magistrate for all purposes, the parties have not reached an agreement on this subject and no such agreement is likely to be reached.

Date:  August 8, 2008                    **WINSTON & STRAWN LLP**

By:  ⎯⎯⎯/s/ Paul J. Coady⎯⎯⎯⎯
Paul J. Coady
Attorneys for Defendant
BALLY TOTAL FITNESS CORPORATION

Date:  August 8, 2008                    **THIERMAN LAW FIRM**

By:  ⎯⎯⎯/s/  Mark R. Thierman⎯⎯⎯
Mark R. Thierman
Attorneys for Plaintiff
FRANCISCO SALAZAR, JR.

LA:220346.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543