United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FRANCISCO E. SALAZAR JR.,**

                    Plaintiff(s),

     v.

**BALLY TOTAL FITNESS**,

                    Defendant(s),
_____/

No. **C08-00175 JSW**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the Motion to Compel Arbitration, Motion to Strike and Further Case Management Conference hearing from August 15, 2008, to **Friday, August 22, 2008 at 9:00 am** before the Honorable Jeffrey S. White.

Please report to courtroom 2, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:        August 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
        Monica Narcisse
        Courtroom Deputy