UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO E. SALAZAR JR.

        Plaintiff(s),                      No. C 08-00175 JSW  
                                        (Related to C-06-3053 JSW)

       v.                                   **CLERK'S NOTICE**

BALLY TOTAL FITNESS

        Defendant(s).  
_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on September 12, 2008, at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the 1) Motion to Compel Arbitration 2) Motion to Strike and 3) Further CMC **previously noticed for** August 22, 200 , in this matter. Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                    Richard W. Wieking  
                                                    Clerk, United States District Court

                                                    By:_____  
                                                    Jennifer Ottolini, Deputy Clerk  
                                                    Honorable Jeffrey S. White  
                                                    (415) 522-4173

Dated: August 19, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.