IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO E. SALAZAR JR.,

    Plaintiff,

  v.

BALLY TOTAL FITNESS, ET AL.,

    Defendants.

No. C 08-00175 JSW

**ORDER DIRECTING CLERK TO CLOSE CASE ADMINISTRATIVELY**

    The Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within ten days of the lifting of the bankruptcy stay, and this entire matter shall thereafter be reopened.

    **IT IS SO ORDERED.**

Dated: January 6, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE