IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO E. SALAZAR, JR. | |
| Plaintiff, | No. C 08-00175 JSW |
| v. | |
| BALLY TOTAL FITNESS and DOES 1-50, | **ORDER REQUIRING STATUS REPORT** |
| Defendants. | |

Pursuant to the Notice of Bankruptcy and Automatic Stay, the Court administratively closed this case on January 6, 2009. The parties were directed to notify the Court within ten days of the lifting of the stay. The Court HEREBY ORDERS Plaintiff to file a status report by no later than April 11, 2014 to advise the Court as to the status of the bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: April 2, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE