1  Mark R. Thierman Cal SB# 72913
2  **THIERMAN LAW FIRM, P.C.**
   7287 Lakeside Drive
3  Reno, Nevada  89511
4  Tel: (775) 284-1500

5  Scott Miller, SBN 230322
   **LAW OFFICES OF SCOTT MILLER, APC**
6  16133 Ventura Blvd. #1200
   Encino, CA 91436
7  Tel: (818) 788-8081

8  Steven L. Miller, SBN 106023
   **LAW OFFICES OF STEVEN L. MILLER, APC**
9  16133 Ventura Blvd. # 1200
   Encino, CA  91436
10 Telephone: (818) 986-8900

11 Attorneys for Plaintiffs

12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
14

15 FRANCISCO E. SALAZAR, JR., on        )   **No. C 08-00175 JSW**
   behalf of herself, the general public and )
16 as an "aggrieved employee" under the )
17 California Labor Code Private         )
   Attorneys General Act,                )
18                                       )
19       Plaintiff,                      )
                                         )
20    v.                                 )
21                                       )
   BALLY TOTAL FITNESS and DOES          )
22 1 through 50 inclusive,               )
23                                       )
         Defendants.                     )
24 _____ )
25
26
27
28

1
2

# [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

3
4

Before the Court is Plaintiff's Motion for Voluntary Dismissal without Prejudice.

5
6
7

The Court, having considered the motions, finds that it is well-founded and grants the motion as follows: Case No. C 08-00175 JSW is dismissed without prejudice will all parties to pay their own costs.

8

IT IS SO ORDERED this __28th__ day of ~~April~~ May, 2014.

9
10
11
12

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1